Lynne DORR, Respondent,

v.

NATIONAL MARROW DONOR PROGRAM, and CNA Insurance Company, Relators,

and

Hennepin Faculty Associates, Hennepin County Medical Center, Health Partners, Courage Center, Allina Medical Clinics, Abbott Northwestern Hospital, Progressive Preferred Insurance Company, and Lincoln National Life Insurance Company, Intervenors.

No. A10–1324.

Supreme Court of Minnesota.

Nov. 29, 2010.

Timothy P. Jung, Amy E. Thompson, Lind, Jensen, Sullivan & Peterson, Minneapolis, MN, for respondent.

Mark A. Kleinschmidt, Whitney L. Teel, Cousineau McGuire Chartered, Minneapolis, MN, for relators.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 7, 2010, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Helen M. Meyer
Associate Justice